IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

STEVEN L. HILL                          )
                                        )
v.                                      ) NO. 3-15-0464
                                        ) JUDGE CAMPBELL
THOMAS GOOCH                            )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 52), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, this action is DISMISSED for Plaintiff's failure to prosecute and failure to keep the Court advised of his address. Any pending Motions are denied as moot, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE